

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joe Angel Hernandez,

\* From the 244th District Court
of Ector County,
Trial Court No. B-44,526.

Vs. No. 11-15-00209-CR

\* August 3, 2017

The State of Texas,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the trial court's judgment of conviction, reverse the judgment of the trial court as to punishment, and remand this cause to the trial court for a new punishment hearing.